1  ROB BONTA
   Attorney General of California
2  EMILY D. W. SWEET
   Supervising Deputy Attorney General
3  ROLANDO PASQUALI
   Deputy Attorney General
4  State Bar No. 106836
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3533
6   Fax:  (415) 703-5480
    E-mail:  Rolando.Pasquali@doj.ca.gov
7  *Attorneys for Defendants California Department of
   Parks & Recreation, Armando Quintero; Peter
8  Estes; Andrew Dobbs; Phil Bergman; Scott Sipes;
   David Williams; Trevor Morgan*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IMANI BEY SUTTON; CATHERINE COSBY; L.B., a Minor,**<br><br>                                        Plaintiffs,<br><br>       v.<br><br>**CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; ARMANDO QUINTERO, an individual; PETER ESTES, an individual; ANDREW DOBBS, an individual; PHIL BERGMAN, an individual; SCOTT SIPES, an individual; DAVID WILLIAMS, an individual; TREVOR MORGAN, an individual; FRIENDS OF CALIFORNIA; STATE PARKS; DONNA ANNE WALIZER, an individual, and DOES 1-25, inclusive,**<br><br>                                       Defendants. | 5:23CV02057-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge:            Honorable Beth Labson Freeman<br>Trial Date:      None<br>Action Filed:  April 27, 2023 |

COME NOW Plaintiffs IMANI BEY SUTTON, CATHERINE COSBY, L.B., a Minor, CALIFORNIA DEPARTMENT OF PARKS & RECREATION, ARMANDO QUINTERO,

PETER ESTES, ANDREW DOBBS, PHIL BERGMAN, SCOTT SIPES, DAVID WILLIAMS, and TREVOR MORGAN by and through their respective attorneys, and hereby apply to the Court for an extension of time, to and including October 2, 2023, for defendants to file responses to the Amended Complaint. Defendants intend to either file motions to dismiss or answers to Plaintiffs' Amended Complaint. The basis for this application is that the Amended Complaint contains eight causes of action. In addition, while the Amended Complaint was filed on June 12, 2023 and transmitted to counsel for defendants electronically at that time, it was served upon counsel for defendants during the week of June 26, 2023 via Notice and Request to Waive Service of A Summons.

This stipulation is presented with the consent from Eric Nelson, counsel for plaintiffs. This stipulation seeks to extend only the time of defendants to file their Motions to Dismiss (or other responsive pleadings to the Amended Complaint) and to file the same on or before October 2, 2023.

Dated: June 29, 2023                Respectfully submitted,

ROB BONTA
Attorney General of California
EMILY D. W. SWEET
Supervising Deputy Attorney General

/s/ - Rolando Pasquali
ROLANDO PASQUALI
Deputy Attorney General
*Attorneys for Defendants California Department of Parks & Recreation, Armando Quintero; Peter Estes; Andrew Dobbs; Phil Bergman; Scott Sipes; David Williams; Trevor Morgan*

Dated: June 29, 2023                Respectfully submitted,

Eric Nelson

Attorney for plaintiffs Imani Bey Sutton, Catherine Cosby, L.B., a Minor

# [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

Based upon the Stipulation of counsel, including the length of the Amended Complaint and the fact that the Amended Complaint was served upon counsel for defendants on June 26, 2023, and GOOD CAUSE appearing, the court finds that it is in the interests of justice to permit defendants additional time to respond to the Amended Complaint. As such,

**IT IS HEREBY ORDERED** that Defendants CALIFORNIA DEPARTMENT OF PARKS & RECREATION, ARMANDO QUINTERO, PETER ESTES, ANDREW DOBBS, PHIL BERGMAN, SCOTT SIPES, DAVID WILLIAMS, and TREVOR MORGAN shall file their respective motions to dismiss (or answers) on or before October 2, 2023.

**IT IS SO ORDERED**

Dated:_____          _____
                                         Beth Labson Freeman
                                         United Stated District Judge

# CERTIFICATE OF SERVICE

Case Name:  <u>**Bey v. State of California**</u>   No.  <u>**5:23CV02057-BLF**</u>

I hereby certify that on <u>June 29, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 29, 2023</u>, at Los Angeles, California.

|  |  |
|---|---|
| Diana Montufar | *Diana Montufar* |
| Declarant | Signature |

SF2021401774
66055875.docx